UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>MALLORY BOOTHE,<br><br>Defendant. | Case No.: 26-cv-4060-AJB-JLB<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT MALLORY BOOTHE** |

On July 14, 2026, Plaintiff Jane Doe filed a Complaint in the instant action. (Doc. No. 1.) A summons was issued the following day. (Doc. No. 2.) On July 27, 2026, Plaintiff filed a proof of service demonstrating that Defendant Mallory Boothe ("Defendant") was properly and timely served. (Doc. No. 4.)

Federal Rule of Civil Procedure 12 requires a defendant to serve an answer "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a); *see also* Fed. R. Civ. P. 12(b). Here, more than twenty-one (21) days have passed since Defendant was served with the Complaint and Defendant has failed to file an answer or otherwise respond. Accordingly, the Clerk of Court is **DIRECTED** to enter default against Defendant. *See* Fed. R. Civ. P. 55(a). Plaintiff must file a motion for default judgment **no**

**<u>later than thirty days</u>** from the docketing of this Order. *See* CivLR 55.1. Plaintiff is cautioned that a failure to properly move for default judgment may result in the Court dismissing this action without prejudice. *See id.*

**IT IS SO ORDERED.**

Dated: October 7, 2026

Hon. Anthony J. Battaglia
United States District Judge