UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE,

Plaintiff,

v.

MALLORY BOOTHE,

Defendant.

Case No.: 26-cv-4060-AJB-JLB

**SUPPLEMENTAL ORDER REGARDING THE DECEMBER 10, 2026 HEARING**

The Court issues this supplemental order to direct Plaintiff Jane Doe to appear at the **December 10, 2026** hearing at **10:00 AM** in Courtroom 4A before Judge Anthony J. Battaglia, either personally or through substitute counsel who has entered an appearance on the record by that date. (*See* Doc. No. 9.) Plaintiff's current counsel is to advise Plaintiff of the foregoing and appear at the scheduled hearing to address the pending motion. (Doc. No. 6.)

**IT IS SO ORDERED.**

Dated: November 19, 2026

Hon. Anthony J. Battaglia
United States District Judge